UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| ANTHONY JACKSON, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 1:17CV143 HEA |
| NICOLE GREEN, et al., | ) | |
| Defendants. | ) | |

## OPINION, MEMORANDUM AND ORDER

On January 11, 2018, service was returned unexecuted as to defendant Dr. Charles Pewitt because he is no longer employed by the Dunklin County Jail. As a result, the Court will order defense counsel J. Thaddeus Eckendrode to submit the last known home address for this defendant under seal and *ex parte*, as he is representing this defendant in a current case in this Court, *Smith v. Holder*, No. 1:17CV117 RWS (E.D.Mo.).

Accordingly,

**IT IS HEREBY ORDERED** that, defense counsel J. Thaddeus Eckendrode, jte@eckenrode-law.com, shall submit the last known home addresses for defendant Dr. Charles Pewitt to the Court, under seal and *ex parte*, no later than twenty-one (21) days from the date of this Order.

Dated this 16th day of January, 2018.

                                          HENRY EDWARD AUTREY
                                          UNITED STATES DISTRICT JUDGE